Arturo M. Cisneros #120494
MALCOLM ♦ CISNEROS, A Law Corporation
3403 10th Street, Suite 714
Riverside, California 92501
Phone: (951) 682-9705
Facsimile: (951) 982-9707

Attorney for Todd A. Frealy, Chapter 7 Trustee
for the Estate of Joaquin Andres "Andy" Acosta

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>A.J. Acosta Co., Inc.<br><br>Debtor. | Bankruptcy Case No. 6:14-bk-12550-SY<br><br>Chapter 7<br><br>**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM FILED AS CLAIM NUMBER 14** |

**TO THE HONORABLE JUDGE SCOTT H. YUN, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, AND TO THE DEBTOR'S COUNSEL:**

      **PLEASE TAKE NOTICE** that Todd A. Frealy, Chapter 7 Trustee for the Estate of Joaquin Andres "Andy" Acosta hereby withdraws the Proof of Claim in the above-entitled and numbered case filed as Claim No. 14 on December 2, 2015.

Dated: June 20, 2019        Respectfully Submitted,
                              MALCOLM ♦ CISNEROS, A Law Corporation

                          By: */s/ Arturo M. Cisneros*
                              Arturo M. Cisneros
                              Attorney for Todd A. Frealy, Chapter 7 Trustee for
                              the Estate of Joaquin Andres "Andy" Acosta

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**MALCOLM & CISNEROS, A Law Corporation**
**2112 Business Center Drive, Second Floor**
**Irvine CA 92612**

A true and correct copy of the foregoing document described as **NOTICE OF WITHDRAWAL OF PROOF OF CLAIM FILED AS CLAIM NUMBER 14** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner entitled below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 21, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

NOTICE: Franklin C Adams    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com;lisa.spencer@bbklaw.com
NOTICE: Andrew K Alper    aalper@frandzel.com, rsantamaria@frandzel.com
DEBTOR ATTORNEY: Ronald W Ask    elc@elderlawcenter.net
NOTICE: Lynda T Bui    lbui@shbllp.com, ecf.filings@shbllp.com
US TRUSTEE ATTORNEY: Michael J Bujold    Michael.J.Bujold@usdoj.gov
NOTICE: Arturo M Cisneros    arturo@mclaw.org
US TRUSTEE ATTORNEY: Abram Feuerstein    abram.s.feuerstein@usdoj.gov
NOTICE: Barry S Glaser    bglaser@swesq.com, erhee@swesq.com
NOTICE: Robert Grawl    bgrawl@financialfederal.com
US TRUSTEE ATTORNEY: Everett L Green    everett.l.green@usdoj.gov
NOTICE: Jeffrey Huron    jhuron@dykema.com, ebailon@dykema.com;catherall@dykema.com;jcedano@dykema.com;DocketLA@dykema.com
NOTICE: Gregory K Jones    GJones@dykema.com, CAcossano@dykema.com;DocketLA@dykema.com
NOTICE: Rika Kido    rkido@shbllp.com, avernon@shbllp.com
DEBTOR ATTONEY: W. Derek May    wdmlaw17@gmail.com, r48266@notify.bestcase.com
NOTICE: Christopher Minier    becky@ringstadlaw.com, arlene@ringstadlaw.com
NOTICE: Thomas R Mulally    tom@ssmlaw.com, tom@ssmlaw.com
NOTICE: Brian R Nelson    becky@ringstadlaw.com, brian@ringstadlaw.com;arlene@ringstadlaw.com
NOTICE: Barry L O'Connor    udlawBK@aol.com
NOTICE: John P Pringle (TR)    brenfro@rpmlaw.com, jpp@trustesolutions.net
NOTICE: J. Alexandra Rhim    arhim@hrhlaw.com
NOTICE: Leonard M Shulman    lshulman@shbllp.com
NOTICE: Cathy Ta    cta@sulmeyerlaw.com, htanory@sulmeyerlaw.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
DEBTOR ATTORNEY: Stephen R Wade    srw@srwadelaw.com, reception@srwadelaw.com
NOTICE: Johnny White    JWhite@wrslawyers.com, aparisi@wrslawyers.com

☐    Service information continued on attached page

2. **SERVED BY UNITIEDSTATES MAIL**:
On **June 21, 2019** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**DEBTOR:** A.J. Acosta Co., Inc., POB 2889, Big Bear Lake, CA 92315

**DEBTOR'S ATTORNEY:**

Kenneth T Calegari, Calegari Law Corporation, 11440 W Bernardo Ct Ste 200, San Diego, CA 92127
Robert H. Ziprick, Ziprick & Cramer LLP, 707 Brookside Ave, Redlands, CA 92373-5101

**NOTICE:**
Dana F Knutson, KNUTSON Law PC, PO Box 3658, Dana Point, CA 92629

LEA Accountancy LLP, 3435 Wilshire Blvd Ste 990, Los Angeles, CA 90010,

Matthew J Marnell, San Bernardino County Counsel, 385 N Arrowhead Ave 4th Fl, San Bernardino, CA 92415-0210

Shulman Hodges & Bastian, LLP, 100 Spectrum Center Drive, Ste 600, Irvine, CA 92618

S Mark Strain, 385 N Arrowhead Ave 4th Fl, San Bernardino, CA 92415-0140

Joaquin Andres Acosta, PO Box 2889, Big Bear, CA

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following persons and/or entities by personal delivery, overnight mail service or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 21, 2019 | Rhonda White | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California
June 2012
F 9013-3.1.PROOF.SERVICE