JOHN P. PRINGLE, SBN 072300
6055 E. Washington Boulevard, Suite 500
Los Angeles, CA 90040
Telephone (323) 727-9589
Facsimile (323) 724-5410

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>A.J. ACOSTA CO., INC.,<br><br>Debtor. | CASE NO: 6:14-bk-12550-SY<br><br>Chapter 7<br><br>MOTION TO ALLOW CLAIM NO. 6 FILED BY COUNTY OF SAN BERNARDINO AS FULLY SECURED, NOT ENTITLED TO A DIVIDEND; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF JOHN P. PRINGLE<br><br>DATE: September 12, 2019<br>TIME: 9:30 a.m.<br>CTRM: 302 |

**NOTICE IS HEREBY GIVEN**, that on Thursday, September 12, 2019, at 9:30 a.m. or as soon thereafter the matter can be heard, the hearing on the Chapter 7 Trustee's Motion to Allow Claim No. 6 filed by County of San Bernardino (the "Claim") as fully secured, not entitled to a dividend, shall take place before the Honorable Scott Yun, United States Bankruptcy Judge, in Courtroom 302, of the United States Bankruptcy Court, located at 3420 Twelfth Street in Riverside, California.

The basis of the Motion is that the Claim was filed as a fully secured claim and supported

1

by documentation showing that the Claim is secured by real property of the Debtor, whether now existing or hereafter acquired, in the County of San Bernardino. The Estate has not and will not administer any real property of the Debtor. The Claim should be allowed as a fully secured but not entitled to a dividend from the Estate.

If you oppose the Trustee's Motion, then you must file a written Opposition with the Clerk's Office of the United States Bankruptcy Court, which is located at 3420 Twelfth Street, Room 125, Riverside, California 92501, and serve a copy of your objection upon the undersigned, at least fourteen (14) days before the time of hearing. Failure to timely file and serve the required written opposition will be deemed a consent to the relief sought in the Trustee's Motion.

Respectfully submitted,

Dated: July 29, 2019

By: /s/ John P. Pringle
JOHN P. PRINGLE,
Chapter 7 Trustee

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. FACTUAL BACKGROUND

1. This case was filed as a Chapter 7 Bankruptcy Case on February 28, 2014. The case converted to Chapter 11 on March 18, 2014. The case reconverted to Chapter 7 on July 31, 2015.

2. Claimant filed a Proof of Claim as follows:

| CLAIM NO. AND CLAIMANT | AMOUNT | PRIORITY | DATE FILED |
|---|---|---|---|
| 6<br>County of San Bernardino | $248,121.23 | Secured | 5/30/2014<br>& Amended<br>6/22/18 |

3. Attached hereto as Exhibit "1" is a true and correct copy of Claim No. 6 of the County of San Bernardino in the amount of $248,121.23.

4. The Claim was filed as a fully secured claim and supported by documentation showing that the Claim was secured by real property of the Debtor, whether now existing or hereafter acquired, in the County of San Bernardino. The Estate has not and will not administer any real property of the Debtor. Therefore, the Claim should be allowed as a secured claim but not entitled to a dividend from the Estate.

## CONCLUSION

WHEREFORE, Trustee prays for an Order as follows:

1. That the Motion is granted;

2. That the Trustee's objection to Claim No. 6 of the County of San Bernardino in the amount of $248,121.23, is sustained;

3. That Claim No. 6 be allowed as a fully secured claim in the amount of $248,121.23, and that no distribution or dividend from the Estate shall be paid from the Estate; and,

///

4. For such other and further relief as the Court deems just and proper.

Respectfully submitted,

DATED: July 29, 2019

JOHN P. PRINGLE
Chapter 7 Trustee

# DECLARATION OF JOHN P. PRINGLE

I, John P. Pringle, declare and state as follows:

1. I am an individual above the age of eighteen years of age and I have personal knowledge of all the facts set forth in this Declaration and I could and would competently testify thereto if so called as a witness, except where matters are so stated on information and belief, in which case I am informed and believe that the facts so stated are true and correct.

2. I am an attorney licensed to practice law before all the courts of the State of California and before these Federal District Courts. I am an employee of the law firm of Roquemore, Pringle & Moore, Inc. I am an active member of the Panel of Bankruptcy Trustees of the Central District of California, having first been appointed as of August 9, 1996.

3. This case was filed as a Chapter 7 Bankruptcy Case on February 28, 2014. The case converted to Chapter 11 on March 18, 2014. The case reconverted to Chapter 7 on July 31, 2015. I am the duly appointed, qualified, and acting permanent Chapter 7 Trustee.

4. Attached hereto as Exhibit "1" is a true and correct copy of Claim No. 6 filed by the County of San Bernardino the amount of $248,121.23.

5. The Claim was filed as a fully secured claim and supported by documentation showing that the Claim was secured by real property of the Debtor, whether now existing or hereafter acquired, in the County of San Bernardino. The Estate has not and will not administer any real property of the Debtor.

///
///
///
///
///

6.     I request that Claim No. 6 should be allowed as a secured claim in the amount of $248,121.23, but not entitled to a dividend from the Estate.

I declare under penalty of perjury that the foregoing is true and correct on this 29th day of July, 2019, at Commerce, California.

By: _____
JOHN P. PRINGLE

**EXHIBIT 1**

**Fill in this information to identify the case:**

Debtor 1: A.J. Acosta Co., Inc.

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Central District of California, Riverside

Case number: 6:14-bk-12550 MJ

---

Official Form 410

# Proof of Claim

4/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
County of San Bernardino, California
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Ringstad & Sanders, LLP; Attn: Chris Minier
Name

4343 Von Karman Avenue, Suite 300
Number    Street

Newport Beach    CA    92660
City    State    ZIP Code

Contact phone (949) 851-7450

Contact email cminier@ringstadlaw.com

Where should payments to the creditor be sent? (if different)

Name _____

Number    Street _____

City    State    ZIP Code _____

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
_ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

**4. Does this claim amend one already filed?**
☐ No
☑ Yes. Claim number on court claims registry (if known) 6    Filed on 05/30/2014
                                                                MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

---

Official Form 410    Proof of Claim    page 1

7

**Part 2:  Give Information About the Claim as of the Date the Case Was Filed**

| | | |
|---|---|---|
| 6. | Do you have any number you use to identify the debtor? | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |
| 7. | How much is the claim? | $_____248,121.23__. Does this amount include interest or other charges?<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Amounts Remaining Owed on 2012 Judgment Against Debtor |
| 9. | Is all or part of the claim secured? | ☐ No<br>☑ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:**  Recordation of Abstract of Judgment<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Value of property:  $_____<br>Amount of the claim that is secured:  $____248,121.23<br>Amount of the claim that is unsecured:  $_____0.00 (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>Amount necessary to cure any default as of the date of the petition:  $_____<br><br>Annual Interest Rate (when case was filed) 10.00 %<br>☑ Fixed<br>☐ Variable |
| 10. | Is this claim based on a lease? | ☑ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition.  $_____ |
| 11. | Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ |

Official Form 410    Proof of Claim    page 2



| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No ☐ Yes. Check all that apply: | Amount entitled to priority |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

### Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   06/22/2018
                  MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

Name       S. Mark Strain
           First name        Middle name        Last name

Title      Deputy County Counsel

Company    County of San Bernardino
           Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    385 N. Arrowhead Avenue, 4th Floor
           Number       Street
           San Bernardino                    CA       92415
           City                              State    ZIP Code

Contact phone   (909) 387-3043              Email  MStrain@cc.sbcounty.gov

9

At the time that the County of San Bernardino (the "County") originally filed its proof of claim, it was owed a total of $1,142,334.94 (as of the petition date) based on two Superior Court Judgments that it had obtained jointly and severally against the debtor herein, A.J. Acosta Co., Inc. ("A.J. Acosta Co."), and its principal, Joaquin Andres "Andy" Acosta ("Mr. Acosta"). Mr. Acosta is the Chapter 7 debtor in the related bankruptcy case also pending before this Court, Case No. 6:14-bk-12539 MJ.

The Judgments that the County obtained against A.J. Acosta Co., and Mr. Acosta were entered in 2005 and 2012. The 2005 Judgment was secured by real and personal property owned by A.J. Acosta Co., and Mr. Acosta. The 2012 Judgment was secured by real property of A.J. Acosta Co., and real and personal property of Mr. Acosta.

As a result of the sale of various items of personal and real property owned by A.J. Acosta Co., and Mr. Acosta during the pendency of their respective bankruptcy cases, the County has received payments totaling $858,213.71 on account of its prepetition perfected judgment liens against the property sold. Such payments received by the County have completely satisfied all amounts owed on the 2005 Judgment, and have resulted in a balance of $284,121.23 remaining owed on the 2012 Judgment. The amount remaining owed on the 2012 Judgment remains secured by any and all interests of A.J. Acosta Co., whether now existing or hereafter acquired, in real property located in the County of San Bernardino.

Based on the foregoing, the County now amends its proof of claim (Claim No. 6 on the Court's Claims Register) to reduce the total amount of the claim to $284,121.23.

1  Todd C. Ringstad (State Bar No. 97345)
   todd@ringstadlaw.com
2  Christopher A. Minier (State Bar No. 190705)
   cminier@ringstadlaw.com
3  Brian R.M. Nelson (State Bar No. 279620)
   brian@ringstadlaw.com
4  RINGSTAD & SANDERS LLP
   2030 Main Street, Suite 1600
5  Irvine, CA 92614
   Telephone: 949.851.7450
6  Facsimile: 949.851.6926

| FILED & ENTERED |
| --- |
| DEC 02 2014 |
| CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY moser  DEPUTY CLERK |

7  Counsel for Secured Creditor County of San
   Bernardino, California
8
   **UNITED STATES BANKRUPTCY COURT**
9
   **CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**
10

11  In re                              CASE NO. 6:14-BK-12550 MJ
12  A.J. ACOSTA CO., INC.,             Chapter 11 Proceeding
13
                                       **ORDER ON DEBTOR'S OBJECTION TO
14                                     THE CLAIM OF THE COUNTY OF SAN
           Debtor and                  BERNARDINO [CLAIM NO. 6]**
15         Debtor-in-Possession.
                                       Hearing:
16                                     Date:  November 18, 2014
                                       Time:  11:00 a.m.
17                                     Place: Courtroom 301
                                              3420 Twelfth Street
18                                            Riverside, CA 92501
19
20        The Objection to Claim No. 6 of the County of San Bernardino [Docket No. 253] (the
21  "Objection") filed by A.J. Acosta Co., Inc. (the "Debtor"), came on for continued hearing before
22  the Honorable Meredith A. Jury, United States Bankruptcy Judge, on November 18, 2014, at
23  11:00 a.m., in the above-entitled Court. Steven R. Wade, Esq., of the Law Offices of Stephen R.
24  Wade, P.C., appeared on behalf of the Debtor. Christopher A. Minier, Esq., of Ringstad &
25  Sanders, LLP, appeared on behalf of secured creditor the County of San Bernardino (the
26  "County"). Other appearances were made as reflected in the Court's record.
27  ///
28

11

1  The Court having read and considered the Objection, all documents filed in support of and

2  in opposition to the Objection, the arguments of counsel at the hearings on the Objection, and

3  good cause appearing therefor, it is hereby

4  **ORDERED** that:

5  (1)  The proof of claim filed by the County, Claim No. 6 on the Court's Claims

6  Register for this case (the "Claim"), shall be allowed as a secured claim, together with all pre-

7  petition and post-petition interest accrued thereon under applicable non-bankruptcy law, to the

8  extent that the Claim is based on the 2005 San Bernardino County Superior Court Judgment

9  obtained by the County against the Debtor, which Judgment was entered on March 8, 2005.

10  (2)  To the extent that the Debtor's Objection disputes the County's Claim based on the

11  2005 Judgment, and/or the liens that the County claimed in connection with this Judgment, the

12  Objection is overruled.

13  (3)  To the extent that the Debtor's Objection disputes the County's Claim based the

14  2012 Judgment and 2013 Amended Judgment obtained by the County against the Debtor, which

15  Judgment and Amended Judgment were entered, respectively, on May 2, 2012, and June 11,

16  2013, or the liens claimed by the County in connection therewith, the Court hereby continues the

17  hearing on the Objection to February 25, 2015, at 1:30 p.m. in the above-entitled Court.

18  (4)  Any ruling by the Court on the Debtor's Objection regarding the County's 2012

19  Judgment and 2013 Amended Judgment, and related liens claimed by the County, will be make

20  by separate Order of the Court.

21  ###

26  Date: December 2, 2014

Meredith A. Jury
United States Bankruptcy Judge

-2-

12

```
 1  LAW OFFICES OF STEPHEN R. WADE, P.C.
    350 W. FOURTH STREET
 2  CLAREMONT, CA 91711
 3  PHONE (909) 985-6500
    FAX (909) 399-9900
 4  STEPHEN R. WADE
    California Bar No: 79219
 5  W. DEREK MAY
    California Bar No: 246327
 6
 7  Attorney for: Debtor
```

FILED & ENTERED

DEC 30 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tolleson DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| In re: | CASE NO. 6:14-bk-12550-MJ |
|---|---|
| A.J. ACOSTA COMPANY, Inc., a California corporation | CHAPTER 7 |
| | **ORDER GRANTING IN PART AND OVERRULING IN PART DEBTOR'S MOTION OBJECTING TO CLAIM NUMBER 6 FILED BY COUNTY OF SAN BERNARDINO** |
| Debtor. | |
| | Hearing: |
| | DATE:  May 27, 2015 |
| | TIME:  1:30 P.M. |
| | CTRM:  302 |

The Court held its final hearing on the Debtor's Motion objecting to Proof of Claim No. 6 filed by County of San Bernardino on May 27, 2015 and has considered all of the pleadings filed in connection thereto by the Debtor and the County of San Bernardino. Based on the findings of fact and conclusions of law as stated orally on the record, the Court orders as follows:

---

ORDER GRANTING IN PART AND OVERRULING IN PART DEBTOR'S MOTION OBJECTING TO CLAIM NUMBER 6 FILED
BY COUNTY OF SAN BERNARDINO
A.J. ACOSTA COMPANY, INC. 6:14-bk-12550-MJ

13

1. The Debtor's Motion is granted in part and overruled in part.

2. The County of San Bernardino has a secured claim on the Debtor's real property for the full amount of the 2012 Judgment.

3. The County of San Bernardino does not have a secured claim as to any of the Debtor's personal property as it relates to the 2012 Judgment and 2013 Amended Judgment.

IT IS SO ORDERED.

####

Date: December 30, 2015

Meredith A. Jury
United States Bankruptcy Judge

2

ORDER GRANTING IN PART AND OVERRULING IN PART DEBTOR'S MOTION OBJECTING TO CLAIM NUMBER 6 FILED BY COUNTY OF SAN BERNARDINO
A.J. ACOSTA COMPANY, INC. 6:14-bk-12550-MJ



14

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
6055 E. Washington Blvd., Suite 500, Los Angeles, CA 90040

A true and correct copy of the foregoing document entitled (*specify*): **MOTION TO ALLOW CLAIM NO. 6 FILED BY COUNTY OF SAN BERNARDINO AS FULLY SECURED, NOT ENTITLED TO A DIVIDEND** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **7/31/2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Franklin C Adams    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com; lisa.spencer@bbklaw.com
- Andrew K Alper    aalper@frandzel.com, rsantamaria@frandzel.com
- Ronald W Ask    elc@elderlawcenter.net
- Lynda T Bui    lbui@shbllp.com, ecf.filings@shbllp.com
- Michael J Bujold    Michael.J.Bujold@usdoj.gov
- Arturo M Cisneros    arturo@mclaw.org
- Abram Feuerstein    abram.s.feuerstein@usdoj.gov
- Barry S Glaser    bglaser@swesq.com, erhee@swesq.com
- Robert Grawl    bgrawl@financialfederal.com
- Everett L Green    everett.l.green@usdoj.gov
- Jeffrey Huron    jhuron@dykema.com, ebailon@dykema.com; catherall@dykema.com; jcedano@dykema.com; DocketLA@dykema.com
- Gregory K Jones    GJones@dykema.com, CAcossano@dykema.com; DocketLA@dykema.com
- Rika Kido    rkido@shbllp.com, avernon@shbllp.com
- W. Derek May    wdmlaw17@gmail.com, r48266@notify.bestcase.com
- Christopher Minier    becky@ringstadlaw.com, arlene@ringstadlaw.com
- Thomas R Mulally    tom@ssmlaw.com, tom@ssmlaw.com
- Brian R Nelson    becky@ringstadlaw.com, brian@ringstadlaw.com; arlene@ringstadlaw.com
- Barry L O'Connor    udlawBK@aol.com
- John P Pringle (TR)    brenfro@rpmlaw.com, jpp@trustesolutions.net;jpringle@rpmlaw.com
- J. Alexandra Rhim    arhim@hrhlaw.com
- Leonard M Shulman    lshulman@shbllp.com
- Cathy Ta    cta@sulmeyerlaw.com, htanory@sulmeyerlaw.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- Stephen R Wade    srw@srwadelaw.com, reception@srwadelaw.com
- Johnny White    JWhite@wrslawyers.com, aparisi@wrslawyers.com

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL:**
On (date) **7/31/2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Claimant: County of San Bernardino, c/o Ringstad & Sanders, LLP, Attn: Chris Minier, Esq.
    4343 Von Karman Ave., #300, Newport Beach, CA 92660
Claimant/Counsel: County of San Bernardino, Attn: S. Mark Strain, Esq., 385 N. Arrowhead Ave., 4th Fl,
    San Bernardino, CA 92415
~~Debtor: A.J. Acosta Co., Inc., PO Box 2889, Big Bear Lake, CA 92315~~
Judge: Hon. Scott Yun, US Bankruptcy Court, 3420 Twelfth St., Ste. 345, Riverside, CA 92501

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/31/19 | Becky Renfro | /s/ Becky Renfro |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    F 9013-3.1.PROOF.SERVICE