| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JOHN P. PRINGLE, SBN 072300<br>ROQUEMORE PRINGLE & MOORE, INC.<br>6055 E. Washington Blvd., Suite 500<br>Los Angeles, CA 90040<br>Telephone: 323-727-9589<br>Facsimile: 323-724-5410<br>jpringle@rpmlaw.com<br><br>Chapter 7 Trustee<br><br>☐ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>A.J. ACOSTA CO., INC.,<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:14-bk-12550-SY<br>CHAPTER: 7<br><br>**NOTICE OF OBJECTION TO CLAIM**<br><br>DATE: 09/12/2019<br>TIME: 9:30 am<br>COURTROOM: 302<br>PLACE: 3420 Twelfth Street<br>Riverside, CA 92501 |
|---|---|

1. TO *(specify claimant and claimant's counsel, if any)*: <u>COUNTY OF SAN BERNARDINO</u>

2. NOTICE IS HEREBY GIVEN that the undersigned has filed an objection to your Proof of Claim (Claim #<u>6</u>_____) filed in the above referenced case. The Objection to Claim seeks to alter your rights by disallowing, reducing or modifying the claim based upon the grounds set forth in the objection, a copy of which is attached hereto and served herewith.

3. **Deadline for Opposition Papers**: You must file and serve a response to the Objection to Claim not later than 14 days prior to the hearing date set forth above.

   IF YOU FAIL TO TIMELY RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Date: 7/29/19

Date Notice Mailed: 7/31/19

Printed name of law firm
_____
Signature
John Pringle
Printed name of attorney for objector

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*            Page 1            F 3007-1.1.NOTICE.OBJ.CLAIM

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
6055 E. Washington Blvd., Suite 500, Los Angeles, CA 90040

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF OBJECTION TO CLAIM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **7/31/2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Franklin C Adams    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com; lisa.spencer@bbklaw.com
- Andrew K Alper    aalper@frandzel.com, rsantamaria@frandzel.com
- Ronald W Ask    elc@elderlawcenter.net
- Lynda T Bui    lbui@shbllp.com, ecf.filings@shbllp.com
- Michael J Bujold    Michael.J.Bujold@usdoj.gov
- Arturo M Cisneros    arturo@mclaw.org
- Abram Feuerstein    abram.s.feuerstein@usdoj.gov
- Barry S Glaser    bglaser@swesq.com, erhee@swesq.com
- Robert Grawl    bgrawl@financialfederal.com
- Everett L Green    everett.l.green@usdoj.gov
- Jeffrey Huron    jhuron@dykema.com, ebailon@dykema.com; catherall@dykema.com; jcedano@dykema.com; DocketLA@dykema.com
- Gregory K Jones    GJones@dykema.com, CAcossano@dykema.com; DocketLA@dykema.com
- Rika Kido    rkido@shbllp.com, avernon@shbllp.com
- W. Derek May    wdmlaw17@gmail.com, r48266@notify.bestcase.com
- Christopher Minier    becky@ringstadlaw.com, arlene@ringstadlaw.com
- Thomas R Mulally    tom@ssmlaw.com, tom@ssmlaw.com
- Brian R Nelson    becky@ringstadlaw.com, brian@ringstadlaw.com; arlene@ringstadlaw.com
- Barry L O'Connor    udlawBK@aol.com
- John P Pringle (TR)    brenfro@rpmlaw.com, jpp@trustesolutions.net;jpringle@rpmlaw.com
- J. Alexandra Rhim    arhim@hrhlaw.com
- Leonard M Shulman    lshulman@shbllp.com
- Cathy Ta    cta@sulmeyerlaw.com, htanory@sulmeyerlaw.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- Stephen R Wade    srw@srwadelaw.com, reception@srwadelaw.com
- Johnny White    JWhite@wrslawyers.com, aparisi@wrslawyers.com

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

**2. SERVED BY UNITED STATES MAIL**:
On (date) **7/31/2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Claimant: County of San Bernardino, c/o Ringstad & Sanders, LLP, Attn: Chris Minier, Esq.
    4343 Von Karman Ave., #300, Newport Beach, CA 92660
Claimant/Counsel: County of San Bernardino, Attn: S. Mark Strain, Esq., 385 N. Arrowhead Ave., 4th Fl,
    San Bernardino, CA 92415
~~Debtor: A.J. Acosta Co., Inc., PO Box 2889, Big Bear Lake, CA 92315~~
Judge: Hon. Scott Yun, US Bankruptcy Court, 3420 Twelfth St., Ste. 345, Riverside, CA 92501

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/31/19 | Becky Renfro | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                      F 9013-3.1.PROOF.SERVICE