| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JOHN P. PRINGLE, SBN 072300<br>ROQUEMORE PRINGLE & MOORE, INC.<br>6055 E. Washington Blvd., Suite 500<br>Los Angeles, CA 90040<br>Telephone (323) 727-9589<br>Facsimile (323) 724-5410<br>jpringle@rpmlaw.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ Chapter 7 Trustee | **FILED & ENTERED**<br><br>SEP 16 2019<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY potier    DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –RIVERSIDE DIVISION**

| In re:<br><br>A.J. ACOSTA CO., INC.,<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:14-bk-12550-SY<br>CHAPTER: 7<br><br>**ORDER ON OBJECTIONS TO CLAIMS**<br><br>DATE:    September 12, 2019<br>TIME:    9:30 a.m.<br>COURTROOM:  302<br>PLACE:  3420 Twelfth Street, Riverside, CA 92501 |

The Debtor or trustee having filed objections to certain claims, the court having considered the evidence and argument presented in support and in opposition to such objections, if any, and good cause appearing, the court makes the following ruling as to the objections to claims:

*(**NOTES FOR USE OF THIS FORM**: List claims in ascending numerical order based upon the clerk's claim number. Use a separate box below for each claim. Attach as many continuation pages as are necessary.)*

///

///

///

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 1    F 3007-1.1.ORDER.OBJ.CLAM

| | | | |
|---|---|---|---|
| Calendar Number:  4 | Claim Number: 6 | | Claim Amount: **$248,121.23** |
| Claimant Name:   County of San Bernardino | | | |
| ☐ Disallowed    ☒ Allowed | ☒ Secured: $248,121.23 | | ☐ Priority: $ |
| Comments:   Allowed as fully secured, not entitled to a dividend | | | |

###

Date: September 16, 2019

*[signature]*
Scott H. Yun
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.