United States Bankruptcy Court
Central District of California

In re:
A.J. Acosta Co., Inc.
    Debtor

Case No. 14-12550-SY
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0973-6     User: cpotierC     Page 1 of 2     Date Rcvd: Sep 16, 2019
Form ID: pdf042     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2019.
db     +A.J. Acosta Co., Inc.,    POB 2889,   Big Bear Lake, CA 92315-2889
aty    +Kenneth T Calegari,    Calegari Law Corporation,    11440 W Bernardo Ct Ste 200,     San Diego, CA 92127-1643

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty       ##Robert H. Ziprick,    Ziprick & Cramer LLP,    707 Brookside Ave,    Redlands, CA 92373-5101
                                                                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2019                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2019 at the address(es) listed below:
              Abram Feuerstein, esq   on behalf of U.S. Trustee    United States Trustee (RS)
              abram.s.feuerstein@usdoj.gov
              Andrew K Alper    on behalf of Creditor    People's United Equipment Finance Corp.
              aalper@frandzel.com,    rsantamaria@frandzel.com
              Arturo M Cisneros    on behalf of Interested Party    Todd A. Frealy, Chapter 7 Trustee for the
              Bankruptcy Estate of Joaquin Andres "Andy" Acosta arturo@mclaw.org
              Arturo M Cisneros    on behalf of Interested Party    Todd A. Frealy, Chapter 7 Trustee for the
              Estate of Joaquin Andres "Andy" Acosta arturo@mclaw.org
              Arturo M Cisneros    on behalf of Other Professional A.  Cisneros arturo@mclaw.org
              Barry L O'Connor    on behalf of Creditor    Robert L. Chaney and Brenda F. McClelland-Chaney
              udlawBK@aol.com
              Barry S Glaser    on behalf of Creditor    San Bernardino County Treasurer and Tax Collector
              bglaser@lkfirm.com,    ksimonian@lkfirm.com
              Barry S Glaser    on behalf of Creditor    Courtesy NEF bglaser@lkfirm.com,    ksimonian@lkfirm.com
              Brian R Nelson    on behalf of Creditor    County Of San Bernardino becky@ringstadlaw.com,
              brian@ringstadlaw.com;arlene@ringstadlaw.com
              Cathy Ta    on behalf of Creditor    City of Big Bear Lake, California cta@sulmeyerlaw.com,
              dperez@sulmeyerlaw.com;cblaire@sulmeyerlaw.com
              Christopher Minier    on behalf of Attorney    Ringstad & Sanders LLP becky@ringstadlaw.com,
              arlene@ringstadlaw.com
              Christopher Minier    on behalf of Creditor    County Of San Bernardino becky@ringstadlaw.com,
              arlene@ringstadlaw.com
              Christopher Minier    on behalf of Creditor    Courtesy NEF becky@ringstadlaw.com,
              arlene@ringstadlaw.com
              Everett L Green    on behalf of U.S. Trustee    United States Trustee (RS) everett.l.green@usdoj.gov
              Franklin C Adams    on behalf of Creditor    City of Big Bear Lake, California
              franklin.adams@bbklaw.com,    arthur.johnston@bbklaw.com;lisa.spencer@bbklaw.com
              Gregory K Jones    on behalf of Other Professional    Eric Beatty, Receiver - SB Asset Partners, LP
              GJones@dykema.com,    CAcossano@dykema.com;DocketLA@dykema.com
              J. Alexandra Rhim    on behalf of Other Professional    Eric Beatty, Receiver - SB Asset Partners,
              LP arhim@hrhlaw.com
              Jeffrey Huron    on behalf of Other Professional    Eric Beatty, Receiver - SB Asset Partners, LP
              jhuron@dykema.com,
              ebailon@dykema.com;catherall@dykema.com;jcedano@dykema.com;DocketLA@dykema.com
              John P Pringle (TR)    brenfro@rpmlaw.com,    jpp@trustesolutions.net;jpringle@rpmlaw.com

```
District/off: 0973-6          User: cpotierC              Page 2 of 2                   Date Rcvd: Sep 16, 2019
                              Form ID: pdf042             Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Johnny  White     on behalf of Interested Party    Courtesy NEF JWhite@wrslawyers.com,
               aparisi@wrslawyers.com;eweiman@wrslawyers.com;chamilton@wrslawyers.com
              Leonard M Shulman    on behalf of Trustee John P Pringle (TR) lshulman@shbllp.com
              Lynda T Bui    on behalf of Trustee John P Pringle (TR) lbui@shbllp.com,    ecf.filings@shbllp.com
              Michael J Bujold    on behalf of U.S. Trustee    United States Trustee (RS)
               Michael.J.Bujold@usdoj.gov
              Rika  Kido    on behalf of Trustee John P Pringle (TR) rkido@shbllp.com,    avernon@shbllp.com
              Robert  Grawl, Jr    on behalf of Creditor    People's United Equipment Finance Corp.
               bgrawl@financialfederal.com
              Ronald W Ask    on behalf of Attorney Ronald W Ask elc@elderlawcenter.net
              Stephen R Wade    on behalf of Debtor    A.J. Acosta Co., Inc. srw@srwadelaw.com,
               reception@srwadelaw.com
              Thomas R Mulally     on behalf of Creditor    Allstate Engineering tom@ssmlaw.com,    tom@ssmlaw.com
              United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
              W. Derek May    on behalf of Debtor    A.J. Acosta Co., Inc. wdmlaw17@gmail.com,
               r48266@notify.bestcase.com
                                                                                              TOTAL: 30
```

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>JOHN P. PRINGLE, SBN 072300<br>ROQUEMORE PRINGLE & MOORE, INC.<br>6055 E. Washington Blvd., Suite 500<br>Los Angeles, CA 90040<br>Telephone (323) 727-9589<br>Facsimile (323) 724-5410<br>jpringle@rpmlaw.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Chapter 7 Trustee* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**SEP 16 2019**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY potier    DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –RIVERSIDE DIVISION**

| In re:<br><br>A.J. ACOSTA CO., INC.,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:14-bk-12550-SY<br>CHAPTER: 7<br><br>**ORDER ON OBJECTIONS TO CLAIMS**<br><br>DATE:    September 12, 2019<br>TIME:    9:30 a.m.<br>COURTROOM:  302<br>PLACE:  3420 Twelfth Street, Riverside, CA 92501 |
|---|---|

The Debtor or trustee having filed objections to certain claims, the court having considered the evidence and argument presented in support and in opposition to such objections, if any, and good cause appearing, the court makes the following ruling as to the objections to claims:

(**NOTES FOR USE OF THIS FORM**: List claims in ascending numerical order based upon the clerk's claim number. Use a separate box below for each claim. Attach as many continuation pages as are necessary.)

///

///

///

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*  Page 1  **F 3007-1.1.ORDER.OBJ.CLAM**

| | | |
|---|---|---|
| Calendar Number: 5 | Claim Number: 8 | Claim Amount: $175,428.27 |

Claimant Name:  County of San Bernardino, Office of the Tax Collector

☐ Disallowed   ☒ Allowed       ☒ Secured: $175,428.27          ☐ Priority: $

Comments:  Allowed as fully secured, not entitled to a dividend

###

Date: September 16, 2019

Scott H. Yun
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                         Page 2                         **F 3007-1.1.ORDER.OBJ.CLAM**