1  Joaquin Andres Acosta

2  PO Box 2889

3  Big Bear Lake, California

FILED

OCT 10 2019

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

Bankruptcy Court for the United States of America

Central district of California - Riverside

In re: Joaquin Andres Acosta

6:14-bk-12550-SY A.J. Acosta Co., Inc.; and,

~~6:14-bk-12539-SY~~ Joaquin Andres Acosta

Joaquin Andres Acosta

Ex Parte Motions for Discharges and Entries of Discharges, as to cases:

6:14-bk-12550-SY and ~~6:14-bk-12539-SY~~.

//
//
//
//
//
//
//
//
//
//

**Ex Parte Motions for Discharge Orders**

Petitioner, Joaquin Andres Acosta, hereby requires orders of Discharges and Entries of Discharges for the following cases:

    6:14-bk-12550-SY A.J. Acosta Co., Inc.; and,

    ~~6:14-bk-12539-SY~~ Joaquin Andres Acosta.

It has come to my attention that no discharges were given in the two foregoing cases, suggested by Judicial Officer, Yun, because there was no record of Petitioner having completed a FINANCIAL MANAGEMENT COURSE, Official Form 423 filed with the court a few months ago in June.

When the two foregoing petitions were filed, it was done on my behalf by Attorney Ronald Ask. As it went, Mr. Ask abandoned me on 10/20/2015 (dkt. no. 287). Prior to Mr. Ask abandoning me, he did not inform me that i was required to take any courses so as to get discharges. It was not until 6/11/2019 (dkt. no. 666), that I was informed by the Clerk that no discharge would be given because Official Form 423 had not filed (for both cases.). The Clerk's memo to me also informed me that the case was closed. I do not believe the case has been closed because there are no orders signed by Mr. Yun, or his successor, or associate that would officially close the case, as required by the rules.

I have annexed two pages to these motions for discharges and entries of discharges, for your convenience:

    Certification About a Financial Management Course (Official Form 423); and,

    Certificate of Debtor Education.

Since the course in Financial Management has been completed, please make orders of discharges for both of the foregoing cases forthwith. Please complete your job. There are no proposed discharge order annexed.

                                                        Joaquin Andres Acosta.

**Certificate of Service**

I, me, joaquin andres acosta, hereby certifies that I delivered the above annexed Exparte Motions for Discharges and Entries of Discharges, and Certificate of Service to the Clerk/deputy clerk of the court.

The Clerk and/or deputies shall on their discretion shall served all interested parties by the Court's Notice of Electronic Filing ("NEF") system. Each of the parties have consented to electronic service as the Rules of Court requires attorneys to do so.

This _____ day of October, in the Year of Our Lord, two thousand nineteen.

Joaquin Andres Acosta.
PO Box 2889, Big Bear Lake, California.